**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOYCE HUBB,

        Plaintiff,

vs.                                      Case No. 3:07-cv-261-J-32TEM

WHITLEY TRUCKING, INC.,

        Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's March 7, 2008 Report and Recommendation (Doc. 18.) No party filed any objection to the Magistrate Judge's Report and Recommendation and the time in which to do so has now passed. Upon independent de novo review, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 18) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. The clerk should enter judgment in favor of plaintiff Joyce Hubb and against defendant Whitley Trucking, Inc. in the amount of $13,749.00.

3. The Clerk should close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of March, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

counsel of record
Honorable Thomas E. Morris, United States Magistrate Judge

James Whitley, Registered Agent
Whitley Trucking, Inc.
10133 Denton Road
Jacksonville, FL 32256